# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| LOUIS POLKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CV419-119 |
| SANDY WISENBANKER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

Louis Timothy Polkey is, perhaps, a detainee in Coweta County. *See* doc. 1 at 6 & 8 (referring to a "7-28-2018" action "in Coweta County jail by Majestray Judge"), *id.* at 13 (reflecting return address in Newnan, Georgia). He brings this 42 U.S.C. § 1983 action against the Coweta County Solicitor General, a Coweta County Judge, and the Hobby Lobby located in Newnan, a city within Coweta County. *Id.* at 3-4. He protests that he is innocent of the crime for which he has been jailed (in Coweta County) and seeks "protection and a 'gag' order." Doc. 1 at 10. Polkey, however, has sent his Complaint to the Southern District of Georgia, which has no link whatsoever to his claims.

Because his claims arise from events that took place in Coweta

County, the proper forum for this case is the United States District Court for the Northern District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects); *see* 42 U.S.C. § 90(a)(4). The Clerk is **DIRECTED** to transfer this case to the Northern District for all further proceedings.

**SO ORDERED**, this  29th  day of May, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA